```
 1  Charles R. Messer (SBN 101094)
    messerc@cmtlaw.com
 2  Martin Schannong (SBN 243297)
    schannongm@cmtlaw.com
 3  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 4  Los Angeles, California 90045
    (310) 242-2200 Telephone
 5  (310) 242-2222 Facsimile

 6  Attorneys for Defendant
    CMRE FINANCIAL SERVICES, INC.
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KINDSCHI, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CMRE FINANCIAL SERVICES, INC., an incorporated business entity; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. **'13CV2219 BEN DHB**<br><br>**NOTICE OF REMOVAL** |

　　　PLEASE TAKE NOTICE that pursuant to 28 USC § 1446(a), Defendant CMRE FINANCIAL SERVICES, INC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

　　　1.　　On or about August 7, 2013, Plaintiff PAUL KINDSCHI ("Plaintiff") filed a civil action in the San Diego Superior Court entitled <u>Paul Kindschi, an individual v. CMRE Financial Services, Inc., an incorporated business entity, and Does 1 through 50, inclusive</u>, Case No. 37-2013-00061600-CU-MC-CTL. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

2. Plaintiff's Complaint was served on Defendant on August 19, 2013.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 USC § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint. No fictitious Defendant has been identified.

5. This action involves a federal question in that it arises under the Telephone Consumer Protection Act ("TCPA"; 47 U.S.C. § 227) and the Fair Debt Collection Practices Act ("FDCPA"; 15 U.S.C. § 1692, et seq.). In this regard, Plaintiff's first and third causes of action are for alleged violation of the aforementioned statutes. (Complaint p. 11, 13.) This is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). Plaintiff's Complaint also includes state law claims for negligence and alleged violation of the California Rosenthal Fair Debt Collection Practices Act (Cal. Civil Code § 1788, et seq.), over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial. Defendant also demands a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: September 16, 2013     CARLSON & MESSER LLP


By  s/Martin Schannong
Charles R. Messer
Martin Schannong
Attorneys for Defendant
CMRE FINANCIAL SERVICES, INC.