Jared M. Hartman
jaredhartman@jmhattorney.com
Hartman Law Office
400 South Melrose, Suite 209
Vista, CA 92081
(951) 234-0881 Telephone
(888) 819-8230 Facsimile

Attorneys for Plaintiff
PAUL KINDSCHI

Charles R. Messer
messerc@cmtlaw.com
Martin Schannong
schannongm@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CMRE FINANCIAL SERVICES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KINDSCHI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC., an incorporated business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-02219-BEN-DHB<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

1  In light of the settlement, the parties respectfully request that the Court take
2  off calendar all future hearing dates in this case.

3
4  DATED: November 11, 2013        HARTMAN LAW OFFICE

5
6                                  By:   s/Jared M. Hartman
                                         Jared M. Hartman
7                                        Attorneys for Plaintiff
                                         PAUL KINDSCHI
8
9  DATED: November 11, 2013        CARLSON & MESSER LLP
10
11                                 By:   s/Martin Schannong
                                         Charles R. Messer
12                                       Martin Schannong
                                         Attorneys for Defendant
13                                       CMRE FINANCIAL SERVICES,
                                         INC.
14

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jared M. Hartman, counsel for Plaintiff, and that I have obtained Mr. Hartman's authorization to affix his electronic signatures to this document.

DATED: November 11, 2013           By:   s/Martin Schannong

## CERTIFICATE OF SERVICE

I hereby certify that on this **11th** day of **November, 2013**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address(es):

jaredhartman@jmhattorney.com

/s/Martin Schannong
Martin Schannong